■ The People of the State of New York, Respondent, v Jose Arroyo, Appellant. [877 NYS2d 915]—Appeal by the defendant from a judgment of the County Court, Rockland County (Alfieri, J.), rendered April 2, 2007, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence.

■ The People of the State of New York, Respondent, v Juan Arroyo, Appellant. [877 NYS2d 914]—Appeal by the defendant from an order of the Supreme Court, Kings County (Gary, J.), dated April 7, 2006, which denied, without a hearing, his motion for resentencing pursuant to the Drug Law Reform Act of 2005 (L 2005, ch 643, § 1) upon his conviction of criminal

possession of a controlled substance in the second degree, which sentence was originally imposed, upon his plea of guilty, on June 7, 2004.

Ordered that the order is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Spolzino, J.P., Santucci, Angiolillo, Leventhal and Lott, JJ., concur.